

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2019

No. 04-19-00322-CR

Sean Anthony **JONES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 611752
Honorable Wayne A. Christian, Judge Presiding

**ORDER**

Appellant's Motion for Expedited Dismissal of Appeal is DENIED. This appeal is DISMISSED pursuant to Texas Rule of Appellate Procedure 25.2(d).

It is so **ORDERED** on July 10, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2019.

_____
Keith E. Hottle, Clerk of Court